IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KA'ANOI,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT T. DAIL, et al.,<br><br>        Defendants. | Case No. 2:07-CV-2722-GEB-JFM (PS)<br><br>ORDER GRANTING FEDERAL DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

For good cause shown, federal defendants' *ex parte* application for extension of time to respond to plaintiff's complaint, filed February 12, 2008, is hereby APPROVED. Federal defendants' deadline is extended to April 15, 2008.

IT IS SO ORDERED.

DATED: February 13, 2008.

UNITED STATES MAGISTRATE JUDGE

/kaanoi.eot