1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDWARD KA'ANOI,

11            Plaintiff,                    No. CIV S-07-2722 JKS EFB PS

12       vs.

13   DRMS DIRECTOR
     LT. GEN. ROBERT T. DAIL,
14
              Defendant.                    ORDER
15
     _____/
16

17        Defendants' motion for partial dismissal of plaintiff's complaint was granted by order of

18   the district judge filed September 10, 2008.  As a result, plaintiff proceeds in this action against

19   sole defendant Lt. Gen. Robert T. Dail, Director of the Defense Reutilization Marketing Service,

20   and only upon plaintiff's claims made pursuant to Title VII and the Rehabilitation Act.

21        Accordingly, it is HEREBY ORDERED that within thirty days of the filing date of this

22   order, plaintiff shall, in cooperation with defendant, file a joint status report addressing the

23   following matters:

24        a.  Service of process;

25        b.  Possible joinder of additional parties;

26        c.  Any expected or desired amendment of the pleadings;

1        d.  Jurisdiction and venue;

2        e.  Anticipated motions and the scheduling thereof;

3        f.  The proposed discovery plan developed pursuant to Federal Rule of Civil

4            Procedure 26(f);

5        g.  Future proceedings, including setting appropriate cutoff dates for discovery

6            and law and motion and the scheduling of a pretrial conference and trial;

7        h.  Modification of standard pretrial procedures specified by the rules due to the

8            relative simplicity or complexity of the action or proceedings;

9        i.  Whether the case is related to any other case, including matters in bankruptcy;

10       j.  Whether the counsel will stipulate to the magistrate judge assigned to this

11           matter acting as settlement judge and waiving any disqualifications by

12           virtue of his so acting, or whether they prefer to have a Settlement

13           Conference before another judge;

14       k.  Any other matters that may add to the just and expeditious disposition of this

15           matter.

16       A Status Conference is hereby SET for Wednesday, January 7, 2009, at 10:00 a.m., in

17   Courtroom No. 25.

18       SO ORDERED.

19   DATED:  November 17, 2008.

20   EDMUND F. BRENNAN

21   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

2