IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KA'ANOI,<br><br>                   Plaintiff,<br><br>      v.<br><br>DRMS DIRECTOR LT. GEN. ROBERT T. DAIL,<br><br>                   Defendant. | Case No. 2:07-CV-2722-JKS-EFB (PS)<br><br>ORDER APPROVING STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTEND DEADLINE FOR DEFENDANT'S REPLY BRIEF |

     By Order issued July 23, 2009, Doc. #35, the Court continued the hearing on defendant's motion for summary judgment from July 29, 2009 to September 9, 2009, and extended plaintiff's deadline to file his opposition or statement of non-opposition to defendant's motion to August 25, 2009. Said order further provided September 2, 2009, as the deadline for defendant to file its reply brief.

     On July 29, 2009, the parties filed a stipulation advising the Court that defense counsel is scheduled to be out of the office August 27 through September 1, 2009, arrangements for which were made prior to the change in the briefing and hearing schedule. Accordingly, defense counsel will not have sufficient time to review plaintiff's opposition and to draft and file a reply brief on behalf of the defendant.

     For good cause shown, the Court hereby approves, as amended, the stipulation between the parties and orders that:

////

1    1. The hearing on defendant's motion for summary judgment shall be continued from
2 September 9 to October 14, 2009 at 10:00 a.m. in Courtroom No. 25;
3    2. Plaintiff shall have until September 30, 2009 to file and serve his opposition to the
4 motion; and
5    3. Defendant's deadline to file and serve its reply brief shall be extended to October 7, 2009.
6    IT IS SO ORDERED.
7 DATED: July 31, 2009.

                                      EDMUND F. BRENNAN
                                      United States Magistrate Judge