IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD KA'ANOI,

      Plaintiff,                               No. CIV S-07-2722 JKS EFB PS

      vs.

DRMS DIRECTOR
LT. GEN. ROBERT T. DAIL,

                                     ORDER

      Defendant.

_____/

      Plaintiff proceeds *pro se* in this action, which was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On November 18, 2009, the district judge issued an order adopting the undersigned's October 23, 2009 findings and recommendations and dismissing plaintiff's complaint in its entirety, and entered judgment in favor of defendant. Dckt. Nos. 51, 52. On December 18, 2009, plaintiff filed a motion to remove his social security number, his dependents' social security numbers, and his account numbers from various documents he submitted to the court for filing along with his opposition to defendant's motion for summary judgment. Dckt. No. 54. Plaintiff also filed redacted versions of those documents. *Id.* Defendant has not opposed plaintiff's request.

      Local Rule 140(a) provides that "pursuant to the Judicial Conference Policy on Privacy and Electronic Access to Case Files, and the E-Government Act of 2002, Pub. L. No. 107-347,

1 effective April 16, 2003, when filing documents, counsel *and the Court* shall omit or, where
2 reference is necessary, partially redact the following personal data identifiers from all pleadings,
3 documents, and exhibits, whether filed electronically or on paper, unless the Court orders
4 otherwise: . . . Financial account numbers: Identify the name or type of account and the financial
5 institution where maintained, but use only the last four numbers of the account number; Social
6 Security numbers:  Use only the last four numbers; [and] Dates of birth: Use only the year . . . ."
7 E.D. Cal. L.R. 140(a) (emphasis added).

       Accordingly, IT IS ORDERED that:

       1. Plaintiff's motion to remove personal social security numbers, Dckt. No. 54, is granted.

       2. The Clerk of Court is directed to redact all social security numbers from the following documents and include only the last four numbers:

- Dckt. No. 17 at 18;
- Dckt. No. 17 at 19;
- Dckt. No. 41-2 at 7;
- Dckt. No. 41-4 at 23, Pl.'s Ex. 1;
- Dckt. No. 41-4 at 27, Pl.'s Ex. 1;
- Dckt. No. 41-4 at 29, Pl.'s Ex. 1-2;
- Dckt. No. 41-4 at 85, Pl.'s Ex. 20;
- Dckt. No. 41-4 at 111, Pl.'s Ex. 26-A;
- Dckt. No. 41-4 at 138, Pl.'s Ex. 41-1 (dependents' social security numbers);
- Dckt. No. 41-4 at 142, Pl.'s Ex. 42-1-A (dependents' social security numbers);
- Dckt. No. 41-4 at 169, Pl.'s Ex. 54;
- Dckt. No. 41-4 at 177, Pl.'s Ex. 56;
- Dckt. No. 41-4 at 204, Pl.'s Ex. 76;
- Dckt. No. 41-4 at 205, Pl.'s Ex. 77;

1 • Dckt. No. 41-4 at 206, Pl.'s Ex. 78;

2 • Dckt. No. 41-4 at 219, Pl.'s Ex. 88;

3 • Dckt. No. 41-4 at 226, Pl.'s Ex. 89;

4 • Dckt. No. 41-6 at 14, Pl.'s pp. 0109;

5 • Dckt. No. 41-6 at 36, Pl.'s pp. 0131 (plaintiff and dependents' social security numbers);

6 • Dckt. No. 41-6 at 38, Pl.'s pp. 0133;

7 • Dckt. No. 41-6 at 57, Pl.'s pp. 0152; and

8 • Dckt. No. 42-2 at 7.

3. The Clerk of Court is also directed to redact dates of birth from the following documents and include only the year:

11 • Dckt. No. 41-4 at 23, Pl.'s Ex. 1;

12 • Dckt. No. 41-4 at 27, Pl.'s Ex. 1;

13 • Dckt. No. 41-4 at 29, Pl.'s Ex. 1 (dependents' dates of birth);

14 • Dckt. No. 41-4 at 69, Pl.'s Ex. 15-1;

15 • Dckt. No. 41-4 at 71, Pl.'s Ex. 15-3;

16 • Dckt. No. 41-4 at 97, Pl.'s Ex. 22-1;

17 • Dckt. No. 41-4 at 98, Pl.'s Ex. 22-2;

18 • Dckt. No. 41-4 at 99, Pl.'s Ex. 22-3;

19 • Dckt. No. 41-4 at 138, Pl.'s Ex. 41-1 (dependents' dates of birth);

20 • Dckt. No. 41-4 at 142, Pl.'s Ex. 42-1-A (dependents' dates of birth);

21 • Dckt. No. 41-4 at 203, Pl.'s Ex. 76;

22 • Dckt. No. 41-4 at 204, Pl.'s Ex. 76;

23 • Dckt. No. 41-4 at 205, Pl.'s Ex. 77;

24 • Dckt. No. 41-4 at 206, Pl.'s Ex. 78;

25 • Dckt. No. 41-4 at 210, Pl.'s Ex. 82;

26 • Dckt. No. 41-4 at 219, Pl.'s Ex. 88;

1 • Dckt. No. 41-4 at 220, Pl.'s Ex. 88-1;

2 • Dckt. No. 41-4 at 221, Pl.'s Ex. 88-2;

3 • Dckt. No. 41-5 at 16, Pl.'s pp. 0002; and

4 • Dckt. No. 41-6 at 36, Pl.'s pp. 0131 (dependents' dates of birth).

4. The Clerk of Court is also directed to redact any account numbers from the following document and include only the last four numbers of the account:

• Dckt. No. 41-6 at 38, Pl.'s pp. 0133.

SO ORDERED.

DATED: January 7, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

4